IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, | No. 80727-7-I |
| Respondent, | DIVISION ONE |
| v. | UNPUBLISHED OPINION |
| RICKY ALEXANDER HARRISON, | |
| Appellant. | |

PER CURIAM — Ricky Harrison appeals from his convictions of vehicular homicide and reckless driving. He contends, and the State concedes, that the trial court unintentionally imposed a discretionary Department of Corrections supervision fee when the record demonstrates the court clearly intended to impose only mandatory legal financial obligations (LFOs). We accept the State's concession, and remand to the trial court for a ministerial order striking the supervision fee.

Remanded with instructions.

FOR THE COURT:

_____

_____
Mann, C.J.

_____
Appelwick, J.